UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| JASON ANTHONY JOHNS | § § | |
| vs. | § § | NO:  MO:23-CV-00082-DC |
| BOBBY LUMPKIN | § | |

## **FINAL JUDGMENT**

On this day, the Court denied Petitioner's Application for Writ of Habeas Corpus by a Person in State Custody filed pursuant to 28 U.S.C. §2254 (§2254), for reasons clarified therein. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, it is hereby **ORDERED** that Petitioner's §2254 is **DENIED AND DISMISSED**.

It is further **ORDERED** that Petitioner's §2254 is **DISMISSED WITH PREJUDICE**, with the Parties to bear their own costs.

It is finally **ORDERED** that all other pending motions, if any, are **DENIED AS MOOT AND A CERTIFICATE OF APPEALABILITY WILL NOT ISSUE IN THIS CASE**.

It is so **ORDERED**.

SIGNED this 17th day of November, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE