# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 28, 2024

Mr. Philip Devlin
Western District of Texas, Midland
United States District Court
200 E. Wall Street
Room 222
Midland, TX 79701-0000

    No. 24-50014   Johns v. Lumpkin
                        USDC No. 7:23-CV-82

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Roeshawn Johnson, Deputy Clerk
                              504-310-7998

cc:  Mr. Jason Anthony Johns
      Mr. Edward Larry Marshall
      Ms. Stephanie Wawrzynski

# United States Court of Appeals
## for the Fifth Circuit

---

No. 24-50014

---

Jason Anthony Johns,

*Petitioner—Appellant,*

*versus*

Bobby Lumpkin, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

*Respondent—Appellee.*

---

United States Court of Appeals
Fifth Circuit
**FILED**
February 28, 2024
Lyle W. Cayce
Clerk

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:23-CV-82

---

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of February 28, 2024, for want of prosecution. The appellant failed to timely pay the fee.



Certified as a true copy and issued
as the mandate on Feb 28, 2024
Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 24-50014

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Roeshawn Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT